ACCEPTED
06-15-00024-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
6/12/2015 2:59:01 PM
DEBBIE AUTREY
CLERK

## No. 06-15-00024-CV

## IN THE COURT OF APPEALS
## FOR THE SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
6/12/2015 2:59:01 PM
DEBBIE AUTREY
Clerk

## MONTY CLAY, ET AL.

### Appellant

### v.

## AIG AEROSPACE INSURANCE SERVICES, INC., ET AL.

### Appellee

### On Appeal from the 402nd District Court of Wood County
### G. Timothy Boswell, Judge Presiding

## APPELLEE'S NOTICE OF APPEARANCE OF COUNSEL
## AND DESIGNATION OF LEAD COUNSEL

Appellee AIG Aerospace Insurance Services, Inc. f/k/a Chartis Aerospace Insurance Services, Inc. has been represented in this appeal by their trial counsel Ross Cunningham and Don Swaim. Appellee will now also be represented in the Court of Appeals by the following attorney:

Steven D. Sanfelippo
State Bar No. 24027827
Cunningham Swaim, LLP
7557 Rambler Rd., Suite 440
Dallas, Texas 75231
(214) 646-1495
(214) 613-1163 - facsimile
ssanfelippo@cunninghamswaim.com

Accordingly, pursuant to Texas Rule of Appellate Procedure 6.2, Appellee requests that Steven D. Sanfelippo be listed as Appellee's appellate counsel.

And, pursuant to Texas Rule of Appellate Procedure 6.1(b), Appellee designates the following attorney as their lead counsel on appeal: Steven D. Sanfelippo, Cunningham Swaim, LLP, 7557 Rambler Rd., Suite 440, Dallas, Texas 75231, (214) 646-1495, (214) 613-1163 facsimile, and ssanfelippo@cunninghamswaim.com.

Appellee requests that their lead counsel on appeal, Steven D. Sanfelippo, be given notice of all filings, settings, and rulings in this appeal.

Respectfully submitted,

/s/ *Steven D. Sanfelippo*
Steven D. Sanfelippo
State Bar No. 24027827
Cunningham Swaim, LLP
7557 Rambler Rd., Suite 440
Dallas, Texas 75231
(214) 646-1495
(214) 613-1163 - facsimile
ssanfelippo@cunninghamswaim.com

## CERTIFICATE OF SERVICE

On June 12, 2015, I served a copy of this document to the following counsel for Appellants Monty Clay, et al.

Michael A. Simpson
Simpson Boyd Powers & Williamson
P O Box 685
Bridgeport, TX 76426

D. Bryan Hughes
Law Office of D. Bryan Hughes
701 N Pacific Ave
Mineola, TX 75773

M. Keith Dollahite
M. Keith Dollahite, PC
5457 Donnybrook Ave
Tyler, TX 75703

Robert Waltman
Waltman & Grisham
2807 S Texas Ave, Ste 201
Bryan, TX 77802

William Angelley
Braden, Varner & Angelley, PC
703 McKinney Ave, Suite 400
Dallas, TX 75202

*/s/ Steven D. Sanfelippo*
Steven D. Sanfelippo